UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>        *Plaintiff,*<br><br>   v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>        *Defendant*. | Civil Action No. 21-0424 (JMC) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant the United States Department of Defense hereby stipulate to a dismissal of this action without prejudice, with each side to bear its own costs and fees.

Dated: May 9, 2022                                  Respectfully submitted,

                                                          */s/ Anne L. Weismann*
                                                          Anne L. Weismann
                                                          (D.C. Bar No. 298190)
                                                          5335 Wisconsin Avenue, N.W., Suite 640
                                                          Washington, D.C. 20015
                                                          Phone: 301-717-6610
                                                          Weismann.anne@gmail.com

                                                          *Counsel for Plaintiff*

        MATTHEW M. GRAVES, D.C. Bar No. 481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

By:   /s/ *Brenda González Horowitz*
        BRENDA GONZÁLEZ HOROWITZ
        D.C. Bar No. 1017243
        Assistant United States Attorney
        U.S. Attorney's Office, Civil Division
        601 D St., N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2512
        Brenda.Gonzalez.Horowitz@usdoj.gov

        *Attorneys for the United States*

It is hereby ORDERED on this _____ day of _____, 2022 that this action is DISMISSED without prejudice, with each side to bear its own costs and fees.

        _____
        JIA M. COBB
        United States District Judge